## MICHAEL W. DOLAN, PLLC
ATTORNEY AT LAW
2021 L STREET, N.W. - SECOND FLOOR
WASHINGTON, D.C. 20036

DISTRICT OF COLUMBIA  
VIRGINIA

June 4, 2004

TELEPHONE: (202) 293-2776  
FACSIMILE: (202) 408-8910  
E-MAIL: mwdolan@att.net

**BY CERTIFIED MAIL -- RETURN RECEIPT REQUESTED**

Department of the Army  
Board for Correction of Military Records  
1941 Jefferson Davis Highway -- 2nd Floor  
Arlington, Virginia 22202-4508

Re: AR2003085187; AR2002075294;  
AR2002067525; AR2001058201

Ladies and Gentlemen:

John E. Howell, Esq. and I represent Tommie Roberts (AKA Thomas Roberts), SSN: ███1141. By counsel, Mr. Roberts requests reconsideration of the above-referenced Board decisions. A memorandum in support of Mr. Roberts' request for reconsideration is attached. This petition is the first that he has filed with the direct assistance of legal counsel. None of the arguments presented herein have previously been made to the Board, and a number of facts are being called to the Board's attention for the first time.

Please call me if you have any questions.

Respectfully Submitted,

John E. Howell          Michael W. Dolan

cc: Tommie Roberts  
    Encl. (memorandum w/10 attachments)

Roberts, Tommie,  
Assigned To: Smith, John  
Receipt Date: 2004/06/09  
I20040012840

ATTACHMENT I