```
_____
                                    )
                                    )
                                    )
                                    )
IN THE MATTER OF                    )          AR2003085187
                                    )          AR2002075294
TOMMIE ROBERTS                      )          AR2002067525
AKA T_____TS                     )          AR2001058201
SSN: ▮▮▮▮▮▮                         )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
_____ )
```

**AFFIDAVIT IN SUPPORT OF REQUEST FOR RECONSIDERATION**

State of Alabama     )
                     :   ss.:
County of _[Colbert])

**THOMAS ROBERTS**, being duly sworn, deposes and says:

    1. I am the same Tommie Roberts (AKA Thomas Roberts) that filed applications in docket numbers: AR2003085187; AR2002075294; AR2002067525; AR2001058201. The application that accompanies this affidavit is the first application that I have filed with the direct assistance of an attorney.

2. On July 13, 1967, I enlisted for a term of three years. On March 28, 1969, I was confined to the Eighth Army Stockade in Seoul, Korea. On May 7, 1969, I was convicted by a Special Court-Martial and sentenced to six months confinement at hard labor.

3. At my court-martial, which I believe was a special court-martial that did not have the authority to discharge me, my defense counsel explained that a discharge proceeding would be recommended and that most likely a General Discharge would result. On May 13, 1969, while in confinement, I was presented with a waiver form. By signing this form, I was able to leave the Stockade, return home, and be discharged from the Army.

4. On July 22, 1969, at Fort Lewis, Washington, I was discharged from the Army, but rather than receiving General Discharge, my Discharge Was Under Conditions Other Than Honorable. Although, I have seen several copies of my July 22, 1969 DD Form 214 describing the character of service as "Under Conditions Other Than Honorable," to the best of my information and belief, I have never seen a copy of DD Form 214, dated July 22, 1969, that reflected an Honorable Discharge.

5. On July 28, 1971, I re-enlisted for another three-year term. I filled out a number of forms in connection with that enlistment. This Board has stated on page 4 of its Memorandum of Consideration, dated September 6, 2001, that on July 23, 1971, I signed a DD Form 398, Statement of Personal History, that indicated that I had no prior service. To the best of my information and belief, I have never seen this document. To the contrary, I emphasized my prior service because I wanted to begin my second enlistment at a higher rank and without having to go through basic training.

                                            _____/S/_____
                                               THOMAS ROBERTS

Subscribed and sworn to before me this [29th] day of _[May]___, 2004.

_____/S/_____
            Notary Public

My commission expires _____4-14-07_____.

3