Standard Form 180 (Rev. 02-02) (Page 1)
Prescribed by NARA (36 CFR 1228.168(b))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029 Expires 9/30/2005

# REQUEST PERTAINING TO MILITARY RECORDS

To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form. Please print clearly or type. If you need more space, use plain paper.

## SECTION I - INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much as possible.)

| 1. NAME USED DURING SERVICE (last, first, and middle) | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| ROBERTS, TOMMIE (NMI) (aka) ROBERTS, THOMAS | [redacted]1141 | [redacted] 1945 | New York, NY |

5. SERVICE, PAST AND PRESENT (For an effective records search, it is important that all service be shown below.)

| | BRANCH OF SERVICE | DATES OF SERVICE: DATE ENTERED | DATES OF SERVICE: DATE RELEASED | CHECK ONE: OFFICER | CHECK ONE: ENLISTED | SERVICE NUMBER DURING THIS PERIOD (If unknown, write "unknown") |
|---|---|---|---|---|---|---|
| a. ACTIVE SERVICE | Army | 13 Jul 67 | 22 Jul 69 | | X | [redacted]8546 |
| | Army | 28 Jul 71 | 19 Aug 71 | | X | [redacted]8546 |
| | | | | | | |
| b. RESERVE SERVICE | | | | | | |
| | | | | | | |
| c. NATIONAL GUARD | | | | | | |
| | | | | | | |

6. IS THIS PERSON DECEASED? If "YES" enter the date of death. [X] NO [ ] YES ______

7. IS (WAS) THIS PERSON RETIRED FROM MILITARY SERVICE? [XX] NO [ ] YES

## SECTION II – INFORMATION AND/OR DOCUMENTS REQUESTED

1. **REPORT OF SEPARATION** (DD Form 214 or equivalent). This contains information normally needed to verify military service. A copy may be sent to the veteran, the deceased veteran's next of kin, or other persons or organizations if authorized in Section III, below. NOTE: If more than one period of service was performed, even in the same branch, there may be more than one Report of Separation. Be sure to show EACH year that a Report of Separation was issued, for which you need a copy.

[XX] An **UNDELETED** Report of Separation is requested for the year(s) 1967 - 1971

This normally will be a copy of the full separation document including such sensitive items as the character of separation, authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and dates of time lost. An undeleted version is ordinarily required to determine eligibility for benefits.

[ ] A **DELETED** Report of Separation is requested for the year(s) ______

The following information will be deleted from the copy sent: authority for separation, reason for separation, reenlistment eligibility code, separation(SPD/SPN) code, and for separations after June 30, 1979, character of separation and dates of time lost.

2. **OTHER INFORMATION AND/OR DOCUMENTS REQUESTED** Veteran's complete military personnel and medical records, including all copies of DD Form 214 and DD Form 398 that are in veteran's records

3. **PURPOSE** (Optional – An explanation of the purpose of the request is strictly voluntary. Such information may help the agency answering this request to provide the best possible response and will in no way be used to make a decision to deny the request.)

Veteran has applied to the Army Board for Correction of Military Records and to the VA for benefits.

## SECTION III - RETURN ADDRESS AND SIGNATURE

1. **REQUESTER IS:**

[XX] Military service member or veteran identified in Section I, above

[ ] Next of kin of deceased veteran ______ (relation)

[ ] Legal guardian (must submit copy of court appointment)

[ ] Other (specify) ______

2. **SEND INFORMATION/DOCUMENTS TO:**
*(Please print or type. See item 3 on accompanying instructions.)*

Name: John E. Howell

Street: Attorney at law — Apt.

2021 L Street, 2nd Floor

City / State / Zip Code: Washington, DC 20036

3. **AUTHORIZATION SIGNATURE REQUIRED** *(See item 2 on accompanying instructions.)* I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct.

Tommie Roberts [signature]

Signature of requester (Please do not print.)

February 3, 04 — 256 446-9622

Date of this request — Daytime phone

Email address ______

ATTACHMENT I: EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Personnel Records Center
9700 Page Avenue
St Louis, Missouri
63132-5100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X 2-13-04

B. Received by (Printed Name)

C. Date

D. Is delivery address different from item 1?

If YES, enter delivery address below:

3. Service Type

☐ Certified Mail ☐ Express Mail

☐ Registered ☐ Return Receipt for M

☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from s

7002 3150 0001 1368 2645

PS Form 3811, August 2001 Domestic Return Receipt 10259

***John E. Howell***
*Attorney at Law*
*2021 L Street, N.W., Second Floor*
*Washington, D.C. 20036*

---

*U.S. Court of Appeals for Veterans Claims*
*Board of Veterans Appeals*
*Department of Veterans Affairs*

*Telephone: (202) 408-8900*
*Facsimile: (202) 408-8910*
*E-Mail: jhowell@sperdutolaw.com*

April 9, 2004

National Personnel Records Center
9700 Page Avenue
St. Louis, Missouri 63132-5100

Re: My request for records – Mr. Tommie (Thomas) Roberts

Ladies and Gentlemen:

I represent Tommie Roberts (AKA Thomas Roberts), SSN: [redacted]-1141. On February 10, 2004, I sent Mr. Roberts' request for his complete military personnel and medical records, including all copies of DD Form 214 and DD Form 398. A certified mail receipt indicates that you received our request on February 13, 2003.

An issue has arisen in connection with Mr. Roberts' eligibility for VA benefits and it is extremely important that we receive his complete military records as soon as possible. As a former government employee myself, I can understand the difficulties of responding to the extraordinary number of requests that you must receive, especially in these days of declining budgets. However, because Mr. Roberts is unemployed and survives on Social Security SSI payments, your efforts to supply the requested documents as soon as possible would be greatly appreciated.

Please call me if you have any questions.

Respectfully Submitted,

John E. Howell

cc: Tommie Roberts
Michael W. Dolan, Esq.

***John E. Howell***
*Attorney at Law*
*2021 L Street, N.W., Second Floor*
*Washington, D.C. 20036*

*U.S. Court of Appeals for Veterans Claims*
*Board of Veterans Appeals*
*Department of Veterans Affairs*

*Telephone: (202) 408-8900*
*Facsimile: (202) 408-8910*
*E-Mail: jhowell@sperdutolaw.com*

May 6, 2004

National Personnel Records Center
9700 Page Avenue
St. Louis, Missouri 63132-5100

Re: TOMMIE ROBERTS (AKA THOMAS ROBERTS), SSN: [redacted]-1141
(Follow-up On Prior Request for Records)

Ladies and Gentlemen:

I represent Tommie Roberts (AKA Thomas Roberts), SSN: [redacted]-1141. On February 10, 2004, I sent Mr. Roberts' request for his complete military personnel and medical records, including all copies of DD Form 214 and DD Form 398. A certified mail receipt indicates that you received our request on February 13, 2003. On April 9, 2004, I sent a follow-up letter, emphasizing that it is extremely important that we receive his complete military records as soon as possible.

To date, I have not received a reply to either my February 10 request, nor to my April 9 follow-up letter. The urgency for Mr. Roberts' record continues to exist.

Please call me if you have any questions.

Sincerely,

John E. Howell

cc: Tommie Roberts
Michael W. Dolan, Esq.