13 May 1969
(Date individual and counsel sign statement)

SUBJECT: Separation Under AR 635-212

Commanding General
Eighth Field Army Support Command
ATTN: AG-PA
APO 96301

1. I have been advised by counsel of the basis for contemplated action to accomplish my separation for unfitness under AR 635-212.

2. I (request) (waive) consideration of my case by a board of officers.

3. I (request) (waive) personal appearance before a board of officers.

4. Statements in my own behalf (are) (are not) submitted herewith (as incl ).

5. I (request) (waive) representation by (my appointed counsel)(_____ _____ as military counsel) (civilian counsel at my own expense).

6. I understand that I may expect to encounter substantial prejudice in civilian life in the event a general discharge under honorable conditions is issued to me. I further understand that, as the result of issuance of an undesirable discharve under conditions other than honorable, I may be ineligible for many or all benefits as a veteran under both Federal and State laws, and that I may expect to encounter substantial prejudice in civilian life.

7. I have retained a copy of this statement.

*Tommie Roberts*
Tommie Roberts, RA ███8 546  PVT E-1
(Name, Service Number, Grade)

Having been advised by me of the basis for his contemplated separation and its effect and the rights available to him, ROBERTS, Tommie personally made the choices indicated in the foregoing statement.
David V. Foley, ███1379, CPT, JAGC

**322**

*David V. Foley, CPT JAGC*
(Name, Service Number, Grade, Branch) ███

ATTACHMENT I: EXHIBIT D