DEPARTMENT OF THE ARMY
U. S. ARMY CORRECTIONAL HOLDING DETACHMENT (KOREA)
249TH MILITARY POLICE DETACHMENT (CONFINEMENT FACILITY)
APO SAN FRANCISCO 96220

6 June 69
(Date)

SUBJECT: Discharge for Unfitness Under AR 635-212

Commanding General
Eighth Field Army Support Command
ATTN: AG-PA
APO 96301

1. It is recommended that ROBERTS, Tommie RA ▮▮▮▮546,
(Name and Serial Number)
be required to appear before a board of officers convened under the provisions of AR 635-212 for the purpose of determining whether he should be discharged before the expiration of his term of service.

2. In support of the recommendation, the following report is rendered in accordance with the provisions of paragraph 11 of the cited regulation.

   a. The soldier (enlisted 13 Jul 67 for a term of   3   years) (~~inducted~~), he has   No   years of prior service. He is   20   years old.

   b. Soldier has no reserve commission or warrant.

   c. Discharge is recommended because of frequent acts of misconduct which are a discredit to the military service.

   d. His AFQT score is   No   and his duty MOS is 64A10. His aptitude area scores are as follows:

| APT | SCORE |
|-----|-------|
| IN  | 109   |
| AE  | 72    |
| EL  | 81    |
| GM  | 80    |
| MM  | 69    |
| CL  | 118   |
| GT  | 86    |
| RC  | 72    |
| COA | None  |
| COB | None  |

ATTACHMENT I: EXHIBIT E

SUBJECT: Discharge for Unfitness Under AR 635-212

    e. His assignments in Korea have been as listed below:

10 Sep 68 - 10 Sep 68   HHC EADC/EAR (5817) USARPAC

11 Sep 68 - 13 May 69   HHC EADC/EAR (5817) USARPAC

14 May 69 - Present     Correctional Holding Detachment

    f. As discharge is recommended for the reason stated in c, above, elimination for unsuitability is not considered appropriate. This soldier's performance is characterized by behavior rendering him repeatedly subject to punitive action. His behavior is not due to an incapacity to become a satisfactory soldier within the meaning of unsuitability. There appear to be no ground for other disposition of this soldier.

    g. This soldier's conduct and efficiency ratings have been as follows:

| Period | Unit | Conduct | Efficiency |
|---|---|---|---|
| 10 Sep 68 - 10 Sep 68 | HHC EADC/EAR (5817) USARPAC | UNK | Exc |
| 11 Sep 68 - 13 May 69 | HHC EADC/EAR (5817) USARPAC | Unsat | Unsat |
| 14 May 69 - Present | Correctional Holding Detachment | Unsat | Unsat |

    h. Soldier has __No__ conviction(s) by summary and __2__ by special court-martial. Suspended court-martial sentences have been vacated on __No__ occasion(s) for misconduct. He has been punished under Article 15, UCMJ __1__ times. Supporting documentary evidence is attached hereto.

SUBJECT: Discharge for Unfitness Under AR 635-212

    i. In view of this soldier's record of disciplinary actions, request waiver of counselling and (further) transfer for rehabilitation.

    j. A report of psychiatric examination is inclosed.

6 Incl

1. Psychiatric Examination
2. Waiver Letter (13 May 69)
3. DA Form 20B
4. DA Form 2627-1 (26 Dec 68)
5. SF 88
6. SF 89

Raymond A. Reass
1LT, MPC
Correctional Officer

The following inclosures have been added by the Staff Judge Advocate, Eighth FASCOM, which reveal that the respondent received two additional punishments under Article 15:

7. SO #96, 22 Apr 68.

8. Unit Order # 16, 5 Mar 68.

*George O. Taylor Jr.*
GEORGE O. TAYLOR, JR.
LTC, JAGC
Staff Judge Advocate