DEPARTMENT OF THE ARMY
HEADQUARTERS, EIGHTH FIELD ARMY SUPPORT COMMAND
APO SAN FRANCISCO 96301

EAAG-PC-PA

ACTION

In the foregoing case of Private (E-1) Tommie Roberts, ▆▆▆▆-1141, United States Army Correctional Holding Detachment, Korea, APO San Francisco 96220, proceedings by a board of officers being properly and effectively waived, the recommendations that the counselling and further rehabilitation required by Section II, Army Regulation 635-212, be waived and that the subject enlisted man be discharged from the service for unfitness are approved. Pursuant to the authority set forth in paragraph 14e, Army Regulation 635-212, the member will be discharged. Subject enlisted man will be furnished an Undesirable Discharge Certificate (DD Form 258A).

GEORGE P. HOLM
Brigadier General, USA
Commanding

ATTACHMENT I: EXHIBIT F