SUPERSEDED C 39 635-200
23 Nov 72

*Changes in force: C 3, C 6, C 7, C 8, and C 9*

AR 635-212
*C 9

| CHANGE | HEADQUARTERS |
|---|---|
| No. 9 | DEPARTMENT OF THE ARMY |
| | WASHINGTON, DC, *13 March 1970* |

## PERSONNEL SEPARATIONS
## DISCHARGE
## UNFITNESS AND UNSUITABILITY
(For general provisions see AR 635-200)

*Effective 4 February 1970 in accordance with DA message AGPO 041934Z Feb 70*

*This change provides that a waiver of a hearing before a board of officers may be withdrawn at any time prior to the date the discharge authority takes action.*

AR 635-212, 15 July 1966, is changed as follows:

*Page 5.* Paragraph 10a(1)(e) is added as follows:

(e) To withdraw his waiver of his rights in (a), (b), and (c) above any time prior to the date the discharge authority directs or approves his discharge and request that his case be presented before a board of officers.

*Page 9.* Figure 1 is superseded.

*Page 12.* Paragraph 17o(7) is added as follows:

(7) When the board is considering a case in which the respondent has exercised his right to revoke a previous waiver, the board and its members will not be advised in any manner of such action by the respondent, or of the type of discharge which had been recommended in his case. When it has come to the attention of respondent or his counsel that facts intended to be excluded by this subparagraph are known by any member of the board, failure to challenge the member having such knowledge constitutes an irrevocable waiver of the benefits of the exclusionary rule of this subparagraph.

---

*This change supersedes so much of DA message AGPO 041934Z Feb 70 (U), subject: Interim changes to AR 635-206 and AR 635-212 (to be published as Change 6 and Change 9 respectively), as pertains to AR 635-212.

TAGO 537A—March 390-473...—70

1

C 9, AR 635-212

(Date individual and counsel sign statement)

SUBJECT: Separation under AR 635-212

TO:       (Discharge authority)


1. I have been advised by counsel of the basis for contemplated action to accomplish my separation for (unfitness) (unsuitability) under AR 635-212.

2. I (request) (waive) consideration of my case by a board of officers.

3. I (request) (waive) personal appearance before a board of officers.

4. Statements in my own behalf (are) (are not) submitted herewith (as incl _____).

5. I (request) (waive) representation by (my appointed counsel) (_____ as military counsel) (civilian counsel at my own expense).

6. I understand that I may expect to encounter substantial prejudice in civilian life in the event a general discharge under honorable conditions is issued to me. I further understand that, as the result of issuance of an undesirable discharge under conditions other than honorable, I may be ineligible for many or all benefits as a veteran under both Federal and State laws, and that I may expect to encounter substantial prejudice in civilian life.

7. I understand that I may, up until the date the discharge authority directs or approves my discharge, withdraw this waiver and request that a board of officers hear my case.

8. I have retained a copy of this statement.


                                            (Signature of individual)
                                            (Typed name, SSAN, grade)

Having been advised by me of the basis for his contemplated separation and its effect and the rights available to him, (Name of individual) personally made the choices indicated in the foregoing statement.


                                            (Signature of counsel)
                                            (Type name, SSAN, grade, branch)


Figure 1. Individual's Statement.

2                                                                                          TAGO 637A

C 9, AR 635-212

> The proponent agency of this regulation is The Adjutant General's Office. Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications) to The Adjutant General, ATTN: AGPO, Department of the Army, Washington, DC 20315.

By Order of the Secretary of the Army:

W. C. WESTMORELAND,
*General, United States Army,*
*Chief of Staff.*

Official:
KENNETH G. WICKHAM,
*Major General, United States Army,*
*The Adjutant General.*

Distribution:
    *Active Army, NG* and *USAR:* To be distributed in accordance with DA Form 12-9 requirements for AR, Personnel Separations—A (qty rqr block No. 542).