Standard Form 600
Nov. 1952
Bureau of the Budget
Circular A—32
600—102

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

MAY 1 8 1969

C/o pharyngitis 2-3 days
— no fever. Temp 98.6 yesterday
p healthy. tonsils & enlarged
node. all enlarged & tender.

Today began trypanosomiatation
& conjunctivae & ?? sensed
allergy

Juanele allergy this is not
authentic & also claim he
has been smoking cigarette &
toothpaste on flour to wash
to make his throat sore
— T 98 21 feeler

Adv
Pen VK 400,000 qid
Cult
Robitussin
Vistaril 100 mg im Stat

322

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT., OR AGENCY |
|---|---|---|---|---|---|
| M | Neg | E-1 | Ockdale | RA | Army |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME: Robert, Tommie

DATE OF BIRTH (DAY-MONTH-YEAR): 

IDENTIFICATION NO.:

CHRONOLOGICAL
Stan

ATTACHMENT I: EXHIBIT I