DEPARTMENT OF THE ARMY
40th Company, 4th Student Battalion (Airborne), The Student Brigade, USAIS
Fort Benning, Georgia 31905

UNIT ORDERS                                                                                          5 March 1968
NUMBER 16

1. TC 313. Fol indiv REDUCED as indic.

SMIT                                              -1304, PFC E-3, 40th Co, 4th Stu Bn
(ABN                                              905
 Gr
 Re
 Ef
 DO
 Re
 A

RATH                                              )-2721, PVT E-2, 40th Co, 4th Stu..
 Bn (                                             31905
 G
 R
 E
 D
 R
 A

CL                                                ?73, PVT E-2, 40th Co, 4th Stu Bn
(A                                                905
 G
 R
 E
 D
 R
 A

RIC                                               33-8766, PFC E-3, 40th Co, 4th Stu
 Bn                                               31905
 (
 G
 R

                                                                                          322

INCL 8

(Para 1 UC 16 40th Co, AR 6?) (Cont).

ROBERTS, TOMMIE R. ███████ 54█ SSAN: ███████-441, PFC E-3, 40th Co, 4th Stu Bn (ABN), TSB, USATC, Fort Benning, Georgia 31905
  Gr red to: PVT E-2
  Red by: CO, 40th Co
  Eff date: 1 March 1968
  DOR: 1 March 1969
  Rsn: Misconduct
  Auth: Art 15, UCMJ and AR 27-15

, PVT E-2, 40th Co, 4th Stu

PVT E-2, 40th Co, 4th Stu

DISTRIBUTION:
  1 cy - CO, 4th Stu Bn
  1 cy - CO, 40th Co
 22 cy - MR Clerk (F&AG)
  1 cy - Co Rec File
  1 cy - Co Ref File
 14 cy - Pers Office
  1 cy - C, Exam Div, MPO, FUSA
      Indianapolis, IN 46249

THOMAS H DORSETT
1LT Infantry
Commanding

322