

**DEPARTMENT OF THE ARMY**
BOARD FOR CORRECTION OF MILITARY RECORDS
1901 SOUTH BELL STREET 2ND FLOOR
ARLINGTON, VA 22202-4508

March 17, 2005

Roberts, Tommie (AKA Roberts, Thomas)
AR20040002436

Mr. Tommie Roberts
Post Office Box 746
Leighton, Alabama 35646-0746

Dear Mr. Roberts:

This is in response to your June 4, 2004 request to the Army Board for Correction of Military Records (ABCMR) for reconsideration of ABCMR Docket Number AR2002067525. This case was considered by the ABCMR on September 6, 2001.

Army Regulation 15-185 sets forth procedures for processing requests for correction of military records. A recent court decision ordered the deletion of paragraph 2-15b which applies to requests for reconsideration. The effect of this court decision now permits an applicant to request reconsideration of an earlier ABCMR decision if the request is received within one year of the ABCMR's original decision and it has not previously been reconsidered. Such requests must provide new evidence or argument that was not considered at the time of the ABCMR's prior consideration.

The ABCMR records show that you have previously requested reconsideration of ABCMR Docket Number AR2002067525. The previous request for reconsideration was the final administrative action taken by the Secretary of the Army. Since there is no further ABCMR action contemplated, you have exhausted all administrative remedies in this matter and you are not eligible for further reconsideration by this Board. Therefore, we are returning your request without action.

The ABCMR will not consider any further requests for reconsideration of this matter. However, you have the option to seek relief in a court of appropriate jurisdiction.

Sincerely,

Carl W. S. Chun
Director, Army Board for Correction
of Military Records

Enclosure

ATTACHMENT II

Printed on Recycled Paper