**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **THOMAS ROBERTS** ) <br> **AKA TOMMIE ROBERTS** ) <br> AIS # 238065/9A-42 ) <br> Easterling Correctional Facility ) <br> 200 Wallace Drive ) <br> Clio, Alabama 36017 ) <br>  ) <br>        **Plaintiff,** ) <br>  ) <br> v. ) <br>  ) <br> **HON. FRANCIS J. HARVEY** ) <br> Secretary of the Army, ) <br>  ) <br> **CARL W.S. CHUN, Director** ) <br> Board for Correction of Military Records ) <br>  ) <br> and ) <br>  ) <br> **DEPARTMENT OF THE ARMY** ) <br>  ) <br>        **Defendants.** ) | Civil Action No. 05-2430 (ESH) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                                     Respectfully submitted,

                                     _____/s/_____
                                     KEVIN K. ROBITAILLE
                                     Special Assistant U.S. Attorney
                                     Civil Division
                                     555 Fourth St., N.W.
                                     Washington, D.C. 20530
                                     202-353-9895 / FAX 202-514-8780