UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS ROBERTS,<br> AKA TOMMIE ROBERTS<br>AIS #238065/9A-42<br>Easterling Correctional Facility<br>200 Wallace Drive<br>Clio, Alabama  36017,<br><br>    Plaintiff<br><br>v.<br><br>Hon. FRANCIS J. HARVEY<br>Secretary of the Army<br>101 Army Pentagon<br>Room No. 3E560<br>Washington, D.C.  22310-0101,<br><br>CARL W.S. CHUN, Director<br>Board for Correction of Military<br>    Records<br>1901 South Bell Street, 2d Floor<br>Arlington, Virginia  22202-4508,<br><br>and<br><br>DEPARTMENT OF THE ARMY<br>101 Army Pentagon<br>Room No. 3E560<br>Washington, D.C.  22310-0101,<br><br>    Defendants | C.A. 1:05CV02430 |

### PROOF OF SERVICE

Pursuant to Fed.R.Civ.P. 4(i), service of the

Summons and Complaint was accomplished via certified mail,

postage-prepaid, with return receipts requested, upon the following:

Hon. Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Room No. 3E560
Washington, D.C.  22310-0101

Carl W.S. Chun, Director
Board for Correction of Military
     Records
1901 South Bell Street, 2d Floor
Arlington, Virginia  22202-4508

Department Of The Army
101 Army Pentagon
Room No. 3E560
Washington, D.C.  22310-0101

Hon. Alberto R. Gonzales
Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Hon. Kenneth L. Wainstein
United States Attorney
     ATTN: Civil Process Clerk
555 Fourth Street, N.W.
Washington, D.C.  20530

Copies of the receipts, indicating receipt of the summons and complaint, are attached hereto.

Respectfully Submitted,

January 20, 2006

*[signature]*
Michael W. Dolan, Esq.
     D.C. Bar No. 3384
2021 L Street, N.W.
Suite 204
Washington, D.C.  20036
202/293-2776
*Counsel for Plaintiff*

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Francis J. Harvey
   Secretary of the Army
   101 Army Pentagon
   Room No. 3E560
   Washington, D.C. ▆▆▆▆▆

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 18 Jan 06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3268 8020

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carl W.S. Chun, Director
   Board for Correction of Military
     Records
   1901 South Bell Street, 2d Floor
   Arlington, Virginia  22202-4508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_ ☒ Agent ☐ Addressee

B. Received by (Printed Name): ALAN CHIN   C. Date of Delivery: 3 Jan 06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3268 8037

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DEPARTMENT OF THE ARMY
   101 Army Pentagon
   Room No. 3E560
   Washington, D.C.  22310-0101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 9 Jan 06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3268 8044

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernst F. Lill_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _DEC 28 2005_  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. Alberto R. Gonzales<br>Attorney General of the U.S.<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C.  20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 3268 8051 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _signature_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. Kenneth L Wainstein<br>United States Attorney<br>  ATTN: Civil Process Clerk<br>555 Fourth Street, N.W.<br>Washington, D.C.  20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 3268 8068 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540