IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HON. FRANCIS J. HARVEY** )<br>**Secretary of the Army, et. al.** )<br>)<br>)<br>**Defendants.** )<br>) | Civil Action No. 05-2430 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*. challenging his characterization of service in his discharge from the United States Army. Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including March 29, 2006, within which to file Defendant's answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is presently due February 27, 2006.

2. Defendant needs additional time to assemble the administrative record in this case. Plaintiff's allegations involve his Vietnam War era military records. Not all relevant documents are readily available. The additional time is needed to review these records and formulate an answer or dispositive motion.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Plaintiff through counsel has consented to this enlargement.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS**  )<br>)<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**HON. FRANCIS J. HARVEY**  )<br>**Secretary of the Army, et. al.**  )<br>)<br>)<br>**Defendants.**  )<br>)<br>) | Civil Action No. 05-2430 (ESH) |

## **ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including March 29, 2006 to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.


                                                                                   _____
                                                                                   Ellen S. Huvelle
                                                                                   United States District Judge

Copies to:
Parties via ECF