IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS**           ) | |
|     **Plaintiff,**           ) | |
|     v.           ) | Case Number: 05-02430 (ESH) |
| **SECRETARY OF THE ARMY,**           ) | |
|     et al,           ) | |
|     Defendant.           ) | |

**DEFENDANTS' MOTION TO DISMISS, IN PART,
AND FOR SUMMARY JUDGMENT**

    Defendants hereby move to dismiss Plaintiff's Complaint, in part, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. Defendants move for summary judgment on Plaintiff's remaining claims pursuant to Rule 56 of the Federal Rules of Civil Procedure because there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law. In support of this motion, Defendants respectfully submit the attached memorandum of points and authorities, statement of material facts not in genuine dispute, administrative record, and a proposed order.

Respectfully submitted,

_____/s/_____

KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney


_____/s/_____
KEVIN K ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C.  20530
(202) 353-9895

Of Counsel:

LT. COL. JOSEPH C. FETTERMAN
MAJOR CHRISTOPHER P. SOUCIE
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia  22203-1837
Attorneys for Defendant