IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number: 05-02430 (ESH) |
| ) | |
| ) | |
| **SECRETARY OF THE ARMY,** ) | |
|    **et al,** ) | |
|    **Defendant.** ) | |
| _____) | |

### STATEMENT OF MATERIAL FACTS
### TO WHICH THERE IS NO GENUINE DISPUTE

Pursuant to LCvR 7(h) and in support of Defendants' Motion to Dismiss, in part, and for Summary Judgment (hereafter "Def. Motion"), Defendants respectfully submit this statement of material facts as to which there is no genuine dispute.

1. Plaintiff enlisted in the United States Army on July 13, 1967. AR 302.

2. On March 1, 1968, he received nonjudicial punishment ("NJP"), under the provision of Article 15, Uniform Code of Military Justice ("UCMJ"), for being disrespectful in language and disobeying an order. AR 239.

3. On April 13, 1968, he received another NJP for being absent without leave ("AWOL") from 3-9 April 1968. AR 242.

4. On May 13, 1968, he was convicted by a special court-martial for willfully disobeying a lawful order from a superior commissioned officer and sentenced to 30 days restriction. AR 244.

5. On June 17, 1968 Plaintiff was assigned to the Republic of Vietnam (RVN). AR 85.

6. Plaintiff was reassigned on September 4, 1968 from Vietnam to Korea. AR 318.

7. On December 27, 1968, he received a third NJP. AR 242.

8. Plaintiff's commander initiated the administrative action of barring plaintiff from reenlisting on February 10, 1969 due to his court-martial and three NJPs. AR 265.

9. Plaintiff was convicted by a special court-martial again on April 17, 1969 for leaving his place of duty without proper authority, violating curfew, stealing Army property, wrongfully appropriating an Army truck, wrongful possession of marijuana, and breaking restriction. AR 251, 325.

10. On May 7, 1969, Plaintiff's conviction by a special court-martial was finalized. AR 325.

11. After being recommended for discharge, AR 254, plaintiff was discharged on July 22, 1969 under the provisions of Army Regulation 635-212, by reason of unfitness, with an Under Conditions Other Than Honorable. AR 49.

12. Plaintiff enlisted for a second time on July 28, 1971, AR 200 and 216, only to be discharged at his request on August 19, 1971. AR 201.

13. Plaintiff's enlistment was classified as an erroneous enlistment and he received an Honorable Discharge. AR 214.

14. Plaintiff first applied to have his undesirable discharge upgraded with the Army Discharge Review Board ("ADRB") in 1972, but his request was denied in 1973. AR 230-7.

15. Almost 28 years after the denial by the ADRB, Plaintiff applied to the Army Board

for Correction of Military Records ("ABCMR")[1] on May 29, 2001.  AR 94.

16.   The ABCMR denied his application on September 20, 2001, AR 82, and found the following: 1) no evidence that he was under a medical profile due to wounds from combat or that he was suffering from a diagnosed Post Traumatic Stress Disorder at discharge; 2) contrary to his allegation, no evidence that his character of service was different after Vietnam than what it was before, which is shown by his conviction by a special court-martial and acceptance of two NJP's prior to his tour in Vietnam and his conviction by another special court-martial and acceptance of another NJP after his tour in Vietnam; 3) sufficient evidence that he probably should have been separated from his 1971 enlistment by reason of fraudulent entry and not given a characterization of service for this second enlistment.  AR 89-90.

17.   Plaintiff's records contained two DD Form 214's. AR 86.  The alternate DD-214, is found in the administrative record at AR 188.

18.   The original DD Form 214 for the 1969 discharge is found at AR 49.

19.   On December 26, 2001, Plaintiff applied to the ABCMR for reconsideration.  AR 71.

20.   On June 4, 2002, the ABCMR denied Plaintiff's December 26th application for reconsideration and held that his submissions and arguments were insufficient as a bases to reverse its previous decision.  AR 66-69.

21.   Plaintiff applied to the ABCMR again on June 10, 2002, but this application was also denied because the staff of the ABCMR determined that his case was previously considered and the application failed to include appropriate evidence.  AR 47-8.

22.   Plaintiff applied to the ABCMR yet again on December 27, 2002 for reconsideration.

---

[1]  The Army Board for Correction of Military Records is composed of civilians appointed by the Secretary of the Army, and has statutory authority to "correct any [Army] record" in order to "remove error or injustice."  10 U.S.C. § 1552(a).

AR 46.  This request was denied on July 15, 2003.  AR 47.

    23.  With the assistance of counsel, Plaintiff submitted a fourth request for reconsideration, requesting an upgrade in his discharge, along with "back pay and restoration of all rights and privileges" for his two enlistments.  AR 31.

    24.  On March 17, 2005, the ABCMR denied Plaintiff's most recent request for reconsideration.  AR 1.

                          Respectfully submitted,

_____/s/_____

KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

Of Counsel:

LT. COL. JOSEPH C. FETTERMAN
MAJOR CHRISTOPHER P. SOUCIE
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia 22203-1837
Attorneys for Defendant