IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case Number: 05-02430 (ESH)** |
| ) | |
| ) | |
| **SECRETARY OF THE ARMY,** ) | |
| **et al,** ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, in Part, and for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendants, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 2006.

_____
Ellen S. Huvelle
United States District Judge

Copies to:
Parties via ECF