IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>HON. FRANCIS J. HARVEY<br>Secretary of the Army, et. al.<br><br>Defendants. | Civil Action No. 05-2430 (ESH) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant hereby advises the Court that it will file its Administrative Record in the Clerk's office in CD-ROM format.

Respectfully submitted,

_/s/_
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_/s/_
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_/s/_
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895