UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS ROBERTS, )<br>        Plaintiff )<br>)<br>v. )<br>)<br>Hon. FRANCIS J. HARVEY, )<br>Secretary of the Army )<br>)<br>CARL W.S. CHUN, Director, )<br>Board for Correction of Military )<br>      Records )<br>)<br>and )<br>)<br>DEPARTMENT OF THE ARMY )<br>        Defendants )<br>) | Civil Action No. 05-2430<br>        (ESH) |

PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, IN PART, AND FOR SUMMARY JUDGMENT

        Plaintiff brought this suit under the Administrative Procedure Act, 5 U.S.C. § 702, et seq., seeking judicial review of a certain decisions of the Army Board for the Correction of Military Records. On April 4, 2006, Defendants filed a Motion to Dismiss, in Part, and for Summary Judgment. The next day, Defendants filed a 363-page Administrative Record. Plaintiff respectfully moves this Court for a thirty (30) day enlargement of time through and including May 18, 2006, within which to file Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, in Part, and for Summary Judgment.

1. Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, in Part, and for Summary Judgment is presently due April 18, 2006.

2. Plaintiff needs additional time to review the 363-page Administrative Record and to formulate his opposition to Defendants' dispositive motion. Many of the documents in the Administrative Record have never before been made available to Plaintiff.

3. Granting this enlargement of time will not require the rescheduling of any court-related matters such as pre-trial or trial dates.

4. This is the first enlargement of time that Plaintiff has sought in this matter.

5. Defendants have received two enlargements of time for a total of thirty-seven days.

6. Defendants' counsel has graciously consented to this enlargement.

For these reasons, Plaintiff requests that the Court grant this Motion for Enlargement of Time Within Which to File to file Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, in Part, and for Summary Judgment. A proposed Order is included with this Motion.

Respectfully Submitted,

/S/
_____

April 12, 2006

Michael W. Dolan, Esq.
    D.C. Bar No. 3384
2021 L Street, N.W.
Suite 204
Washington, D.C. 20036
202/293-2776
*Counsel for Plaintiff*