UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
THOMAS ROBERTS,                    )
          Plaintiff                )
                                   )
v.                                 )
                                   )
Hon. FRANCIS J. HARVEY,            )   Civil Action No. 05-2430
Secretary of the Army,             )                  (ESH)
                                   )
CARL W.S. CHUN, Director,          )
Board for Correction of Military   )
     Records                       )
                                   )
and                                )
                                   )
DEPARTMENT OF THE ARMY,            )
          Defendants               )
_____)


### ORDER

Before the Court is Plaintiff's Consent Motion To for Enlargement of Time Within Which to File Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, in Part, and for Summary Judgment.  Upon consideration of same, and it otherwise appear proper, it is hereby ORDERED that Plaintiff's Motion for Enlargement of Time is GRANTED.

Dated: _____        _____
                                Ellen S. Huvelle
                                United States District Judge

Copies to:
Parties via ECF