UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS ROBERTS, )<br>        Plaintiff )<br>)<br>v. )<br>)<br>Hon. FRANCIS J. HARVEY, )<br>Secretary of the Army, et al., )<br>)<br>        Defendants )<br>) | Civil Action No. 05-2430<br>    (ESH) |

PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

      Pursuant to Fed.R.Civ.P. 56, L.Civ.R. 56.1 and L.Cv.R. 7(h), Plaintiff hereby moves for summary judgment because there is no genuine issue as to any material fact and Plaintiff is entitled to judgment as a matter law. In support of this motion, Plaintiff respectfully submits the attached memorandum of points and authorities, a statement of material facts as to which there is no genuine issue, and a proposed order.

Respectfully Submitted,

/S/
_____
Michael W. Dolan, Esq.
    D.C. Bar No. 3384
2021 L Street, N.W.
Suite 204
Washington, D.C. 20036
202/293-2776
*Counsel for Plaintiff*