UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                      )
THOMAS ROBERTS,                       )
              Plaintiff               )
                                      )
v.                                    )   Civil Action No. 05-2430
                                      )           (ESH)
Hon. FRANCIS J. HARVEY,                )
   Secretary of the Army, et al.,     )
              Defendants              )
_____)
```

ORDER

      Before the Court is Defendants' Motion to Dismiss in Part, and for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment. Upon consideration of same, and it otherwise appearing proper, it is hereby:

      ORDERED that Defendants' Motion to Dismiss in Part, and for Summary Judgment is DENIED, and it is further

      ORDERED that Plaintiff's Cross-Motion for Summary Judgment is Granted, and it is further

      ORDERED that Judgment is Entered for the Plaintiff and this case is remanded to the Secretary of the Army with instructions to re-characterize Plaintiff's 1969 discharge as either Honorable or General.

Dated: _____

                                                                                          Ellen S. Huvelle
                                                                                          United States District Judge

Copies to:
Parties via ECF