

# National Personnel Records Center

Military Personnel Records, *9700 Page Avenue St. Louis, Missouri 63132-5100*

January 30, 2006

JOHN HOWELL
2021 L STREET 2ND FLOOR
WASHNGTON, DC 20036

RECEIVED
FEB 0 3 2006
BY: ........................

RE:    **Veteran's Name: ROBERTS TOMMIE**
       **SSN/SN: 377461141**
       **Request Number: 1-1091733861**

Dear Sir:

Thank you for contacting the National Personnel Records Center. The military record was loaned to the U.S. Army Human Resources Command and has not yet been returned to the National Personnel Records Center (NPRC). We are forwarding your request to that agency. We regret that we cannot be of direct assistance; however, you may expect a response from the office shown below

   **U.S. Army Human Resources Command**
   **ATTN: AHRC-CC-B**
   **1 Reserve Way**
   **St. Louis, MO  63132-5200**

If you have questions or comments regarding this response, you may contact us at 314-801-0800 or by mail at the address shown in the letterhead above. If you contact us, please reference the Request Number listed above. If you are a veteran, or a deceased veteran's next of kin, please consider submitting your future requests online by visiting us at http://vetrecs.archives.gov.

Sincerely,

*Anthony Brown*
ANTHONY BROWN (IB)
Archives Technician

**We Value Our Veterans' Privacy**
*Let us know if we have failed to protect it.*

Enclosure(s)