UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS ROBERTS, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Hon. FRANCIS J. HARVEY, | ) | Civil Action No. 05-2430 |
| Secretary of the Army, et al., | ) | (ESH) |
| | ) | |
| Defendants | ) | |

DECLARATION OF JOHN E. HOWELL

JOHN E. HOWELL, a member of the Bar of this Court, hereby declares the following under penalty of perjury:

1. I am an attorney for Thomas Roberts, the Plaintiff in the above-titled action.

2. I also represent Thomas Roberts before the Department of Veterans Affairs ("VA").

3. Several years ago, I received from the Montgomery, Alabama, Regional Office what purported to be a complete set of Mr. Roberts' military records. In addition, Mr. Roberts has from time to time sent copies of his military and medical records to me. Most, if not all of these records were stamped with the number "322" in the lower right corner of each document.

4. It is my experience that this "322" number represent the identification number of the VA Regional Office that obtained the records from the National Personnel Records Center.

**EXHIBIT B**

    5. It is my understanding that "322" is the number of the Montgomery, Alabama, Regional Office, and that these records were stamped with that number by that office.

    I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON MAY 11, 2006, IN WASHINGTON, D.C.

    /S/
_____
John E. Howell, Esq.
    D.C. Bar No. 428359
2021 L Street, N.W.
Second Floor
Washington, D.C.  20036
202/408-8900
*Counsel for Plaintiff*