S/S AR 614-30 Oct 68

\*AR 614-17

ARMY REGULATION
No. 614-17

HEADQUARTERS
DEPARTMENT OF THE ARMY
WASHINGTON, D.C., *4 April 1968*

## ASSIGNMENTS, DETAILS, AND TRANSFERS

## VIETNAM ASSIGNMENT DEFERMENTS FOR FAMILY MEMBERS

|  | Paragraph |
|---|---|
| General | 1 |
| Policy | 2 |
| Explanation of terms | 3 |
| Applications from individuals not in Vietnam | 4 |
| Applicants presently stationed in Vietnam | 5 |

**1. General.** This regulation establishes policy and procedures governing deferments of Army members on orders for assignment to Vietnam when a member of the same family is in Vietnam or on orders to Vietnam, or has died as a result of such service. Commanders will insure that all personnel being processed for assignment to Vietnam are specifically advised of the assignment deferment policy for family members. This policy is not effective during periods of war or national emergency as declared by the Congress.

**2. Policy.** *a.* Individuals on permanent change of station assignment to Vietnam or temporary assignment in excess of 30 days will be authorized deferment, upon the member's own request, if—

   (1) Another member of the same family is a member of the Armed Forces of the United States on active duty and—

      (*a*) Is serving with a military unit in Vietnam.

      (*b*) Is on temporary duty in South Vietnam for a period in excess of 30 days.

      (*c*) Is in a captured or missing status incident to service in Vietnam.

      (*d*) Is alerted for or on PCS orders to Vietnam.

   (2) Another member of the same family was killed or died as a result of service in Vietnam. The period of deferment for this reason will be for at least 12 months following the date of death of the family member.

*b.* Deferments granted under *a*(1) (*a*) and (*b*) above will vary in length according to the date of return from Vietnam of other family members. Deferments granted under the provisions of *a*(1) (*c*) above are indefinite, pending the return or location of the missing military member. A soldier who is exempt or deferred from service in Vietnam under the above policies is eligible for selection for other oversea assignments, to include other short tour areas.

*c.* In the event an Army member volunteers for service in Vietnam while another family member is serving in, or on orders to Vietnam, or is in a captured or missing status in Vietnam, his deferment right must be waived. At the time the individual volunteers he must include a statement in his request waiving his right to deferment from service in Vietnam. Upon arrival in Vietnam of the individual volunteering, other family members in Vietnam may request reassignment in accordance with paragraph 5.

*d.* Any individual who initiates a request for deferment and subsequently withdraws it will be required to sign a statement that he voluntarily withdraws the request. This statement will be filed in the individual's field 201 file.

**3. Explanation of terms.** For the purpose of this circular the following apply:

*a.* The term "family member" includes spouse, father, mother, sons and daughters, and all brothers and sisters who are on active duty in the Armed Forces of the United States. The term "father, mother" includes stepfather, stepmother, father, or mother by adoption, or those who have stood in a loco parentis relationship for at least 1 year. The term "sons and daughters" includes stepsons and stepdaughters and sons and daughters by adoption. The term "brothers and sisters" includes

---

\*This regulation supersedes DA Cir 614-15, 17 November 1967, and so much of DA message 851870, 16 February 1968, as pertains to DA Cir 614-15.

AGO 1038A—April 300-474°—68

1

THE ARMY LIBRARY
WASHINGTON, D. C.

AR 614-17

half brothers, half sisters, stepbrothers, stepsisters, and brothers and sisters by adoption.

   *b.* Serving in Vietnam includes—

     (1) Army member assigned to a military unit which is located within the geographic boundaries of South Vietnam.

     (2) Any member aboard a nonrotating naval unit operating inshore and based in South Vietnam.

     (3) All aircrew members while stationed ashore or afloat in Southeast Asia and normally engaged in flying combat missions.

**4. Applications from individuals not in Vietnam.** *a.* An Army member not in Vietnam desiring a deferment under the provisions of this regulation will submit a written application on DA Form 2496 (Disposition Form) to his commanding officer, normally within 15 days of receipt of orders, assignment instructions, or unit alert. Failure to apply within the 15-day period will not be considered a waiver of the deferment privilege; however, the reasons for late submission will be explained in the application.

   *b.* Applications will include the following data concerning the family member presently in Vietnam, alerted for shipment to Vietnam, or who is captured, missing, or died incident to service in Vietnam.

     (1) Name.
     (2) Grade.
     (3) Service number.
     (4) Branch of service.
     (5) Branch (if Army officer).
     (6) Organization (at present, on orders to, or at time captured, missing or died).
     (7) Date departed or scheduled to depart CONUS.
     (8) Date of expected return or date of death, if applicable.
     (9) Relationship.

Where two or more family members are alerted or on orders to Vietnam, and no family member is presently in Vietnam, the first member alerted or on orders will comply with his orders; all other family members may request deferment. Where the members concerned were alerted on the same day, the member eligible to apply for deferment will be determined by the individuals concerned.

   *c.* All applications for officers and warrant officers will be forwarded direct to the Chief of Personnel Operations, ATTN: (appropriate career branch), Department of the Army, Washington, D.C. 20315, for processing. Applications for enlisted personnel will be processed as follows:

     (1) When the enlisted person's family status can be verified below Headquarters, Department of the Army, the headquarters making such determination will take the following actions:

      (*a*) For personnel in grades E-1 through E-6, other than special categories, intelligence, enlisted aides and NCO logistics personnel as defined in figure 3-2, AR 600-200, selected for assignment to Vietnam under procedures established in AR 614-215 and AR 614-245. Assignment Information Card will be annotated on the reverse: "EM has a family member presently serving in Vietnam assigned to (unit). Verified on (date of verification)." Or, "Death of a member of EM's family as a result of Vietnam service on (date of death). Verified on (date of verification)." The card will be keypunched "B4" in columns 58 and 59 and forwarded to the Chief of Personnel Operations, Department of the Army, ATTN: EPADO-D, Washington, D.C. 20310, in accordance with (4) below.

      (*b*) For personnel in grades E-1 through E-6, other than special categories, intelligence, enlisted aides and NCO logistics personnel as defined in figure 3-2, AR 600-200, selected for assignment to Vietnam under procedures contained in AR 614-203 and AR 614-205. Notification of the circumstances and the verification thereof will be forwarded to the Chief of Personnel Operations, ATTN: EPADO-D, Department of the Army, in accordance with (4) below. Since these individuals continue to be eligible for assignment to areas other than Vietnam, they will also be reported for assignment to the Office of Personnel Operations under the provisions of AR 614-205. FSA Code "D" will be entered in "column L—Remarks" of the report required by AR 614-205.

      (*c*) For personnel in grades E-7, E-8, and E-9, and special categories, intelligence, enlisted aides and NCO logistics personnel in all grades (fig. 3-2, AR 600-200) selected for assignment to Vietnam. Notification of the circumstances and the verification thereof will be forwarded to the Chief of Personnel Operations, ATTN: EPADS, Department of the Army, in accordance with (4) below.

(2) When the individual's family status cannot be verified below Headquarters, Department of the Army, applications will be forwarded direct to the Chief of Personnel Operations, ATTN: EPPAS, Department of the Army, Washington, D.C. 20310. In those instances where new assignment instructions will be required in the event the request is approved, the original assignment authority will be included in the forwarding indorsement. The forwarding indorsement will also include full identification and date of previous assignment instruction authority, and OPO control and line number, when known. The data in figure 1, AR 614-205, will also be included in the forwarding indorsement.

(3) In addition to the information required above, for personnel undergoing advanced individual training in MOS 11B, 11C, 11H, a statement will be included as to whether the applicant is qualified for assignment to the Armored Personnel Carrier Course or 1st Bn (Reinf), 3rd Inf, Fort Myer, Va. (The Old Guard), and the date he is scheduled to complete AIT.

(4) Applications submitted under the provisions of paragraaphs (1) (*a*), (*b*), and (*c*) above will be reviewed by the adjutant general of the installation or activity concerned and will be forwarded to the Department of the Army by pouch or airmail. The letter of transmittal will contain a statement over the reviewing authority's signature that he has personally reviewed the requests and all are correct, justified, and meet the established criteria. Commanders of installations or activities not authorized a field grade adjutant general will designate a field grade officer as the reviewing officer.

*d.* Upon approval of a request for deletion or deferment under the provisions of this regulation, the commander having custody of the individual's records will enter FSA Code "D" in item 16, DA Form 20, and on the morning report. The code will be removed 3 months before the individual is eligible for assignment to Vietnam and FSA Code "D" entered.

*e.* Pending final decision on status—

(1) Individuals initiating requests upon receipt of assignment instructions will be retained at their home station.

(2) Individuals initiating requests and who are already under orders or alert will be retained at their home stations, or, if in transit, at the oversea replacement station.

**5. Applicants presently stationed in Vietnam.**
*a.* In those instances where two or more family members are presently on duty in Vietnam, assignment action will be completed within 45 days from the date of submission of the application.

*b.* Where multiple applications are submitted by members of the same family, the individual who has been in Vietnam the longest will receive first consideration for assignment from Vietnam. Intratheater transfers are authorized to reduce PCS costs.

*c.* Where multiple requests are received from members of the same family based on a family death as a result of service in Vietnam, all requesting members will be reassigned from Vietnam as soon as possible for a period of at least 12 months following the date of death.

*d.* Verification of claims as to family status will be made by CGUSARV and appropriate assignment action will be taken by CGUSARPAC. As an exception, officers and enlisted personnel in pay grades E-7 through E-9 and special categories, intelligence, enlisted aides and NCO logistics personnel in all grades will be reported to the Chief of Personnel Operations by CGUSARV for assignment instructions in accordance with existing instructions.

*e.* The provisions of AR 614-30 govern in determining the credit for time served in Vietnam to be applied to the new assignment.

*f.* Applications will include the information prescribed by paragraph 4*b*.

04/11/2006 11:30 FAX                                    ☒003

Case 1:05-cv-02430-ESH    Document 10-4    Filed 05/15/2006    Page 4 of 4

AR 614-17

> The proponent agency of this regulation is the Office of Personnel Operations. Users are invited to send comments and suggested improvements to Chief of Personnel Operations, ATTN: EPD, Department of the Army, Washington, D.C. 20310.

By Order of the Secretary of the Army:

Official:
KENNETH G. WICKHAM,
*Major General, United States Army,*
*The Adjutant General.*

HAROLD K. JOHNSON,
*General, United States Army,*
*Chief of Staff.*

Distribution:
    To be distributed in accordance with DA Form 12-9 requirements for Military Personnel Procedures, Officers and Enlisted:
        *Active Army*—A; *NG*—None; *USAR*—D.



4

TAGO 1035A