IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2430 (ESH) |
| ) | |
| **HON. FRANCIS J. HARVEY** ) | |
| **Secretary of the Army, et. al.** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE OPPOSITION AND REPLY**

Plaintiff brings this case under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*. challenging his characterization of service in his discharge from the United States Army. Defendant respectfully moves this Court for a thirty day enlargement of time through and including June 26, 2006, within which to file Defendant's reply to Plaintiff's opposition to Defendant's Motion to Dismiss in Part and For Summary Judgment. Defendant also requests an enlargement until June 26, 2006 to file it's opposition to Plaintiff's Cross Motion for Summary Judgment. Good cause exists to grant this motion:

1. Defendant's reply is currently due May 25, 2006 and its opposition due May 29th.

2. Defendant needs additional time to address the factual and legal issues raised by Plaintiff.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Plaintiff through counsel has consented to this enlargement.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2430 |
| ) | (ESH) |
| **HON. FRANCIS J. HARVEY** ) | |
| **Secretary of the Army, et. al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to file its Opposition and Reply, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including June 26, 2006 to file its Opposition to Plaintiff's Cross Motion and Reply to Plaintiff's Opposition.

Dated this _____ day of _____, 2006.

                                                   Ellen S. Huvelle
                                                   United States District Judge

Copies to:
Parties via ECF