UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS ROBERTS,<br>      Plaintiff<br><br>v.<br><br>Hon. FRANCIS J. HARVEY,<br>Secretary of the Army<br><br>CARL W.S. CHUN, Director,<br>Board for Correction of Military<br>      Records<br><br>and<br><br>DEPARTMENT OF THE ARMY<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2430<br>)            (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH
TO FILE PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S
CROSS MOTION FOR SUMMARY JUDGMENT

      Plaintiff brought this suit under the Administrative Procedure Act, 5 U.S.C. § 702, et seq., seeking judicial review of a certain decisions of the Army Board for the Correction of Military Records. On May 23, 2006, the Court granted Defendants' Motion for an Enlargement of Time to file an opposition to Plaintiff's Cross-Motion for Summary Judgment, ordering Plaintiff's reply to be filed by July 6, 2006. Defendants filed their opposition to Plaintiff's Cross-Motion for Summary Judgment on June 22, 2006. Plaintiff respectfully moves this Court for a fourteen (14) day enlargement of time through and including July 20, 2006, within which to file Plaintiff's Reply to Defendants' Opposition to Plaintiff's Cross-Motion for Summary Judgment.

1. Plaintiff's Reply to Defendants' Opposition to Plaintiff's Cross-Motion for Summary Judgment is presently due July 6, 2006.

2. The father of Plaintiff's counsel died on June 27, and counsel must attend to family business out of town.

3. Granting this enlargement of time will not require the rescheduling of any court-related matters such as pre-trial or trial dates.

4. This is the second enlargement of time that Plaintiff has sought in this matter.

5. Defendants have received two enlargements of time for a total of thirty-seven days.

6. Both Defendants and Plaintiff were able to file their most recent pleadings before the expiration of the enlarged period.

7. Defendants' counsel has graciously consented to this enlargement of time.

For these reasons, Plaintiff requests that the Court grant this Motion for Enlargement of Time Within Which to File Plaintiff's Reply to Defendants' Opposition to Plaintiff's Cross-Motion for Summary Judgment. A proposed Order is included with this Motion.

Respectfully Submitted,

/S/
_____

June 27, 2006

Michael W. Dolan, Esq.
    D.C. Bar No. 3384
2021 L Street, N.W.
Suite 204
Washington, D.C. 20036
202/293-2776
*Counsel for Plaintiff*