UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
THOMAS ROBERTS,                     )
         Plaintiff                  )
                                    )
v.                                  )
                                    )
Hon. FRANCIS J. HARVEY,             )   Civil Action No. 05-2430
Secretary of the Army,              )                   (ESH)
                                    )
CARL W.S. CHUN, Director,           )
Board for Correction of Military    )
     Records                        )
                                    )
and                                 )
                                    )
DEPARTMENT OF THE ARMY,             )
         Defendants                 )
_____)

## ORDER

Before the Court is Plaintiff's Consent Motion for Enlargement of Time Within Which to File Plaintiff's Reply to Defendants' Opposition to Plaintiff's Cross-Motion for Summary Judgment. Upon consideration of same, and it otherwise appear proper, it is hereby ORDERED that Plaintiff's Motion for Enlargement of Time is GRANTED.

Dated: _____          _____
                                 Ellen S. Huvelle
                                 United States District Judge

Copies to:
Parties via ECF