UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS ROBERTS,<br>    Plaintiff<br><br>v.<br><br>Hon. FRANCIS J. HARVEY,<br>Secretary of the Army, et al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2430 (ESH)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S SUPPLEMENTAL STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE

   Pursuant to LCvR 7(h) and 56.1, Plaintiff respectfully submits the following Supplemental Statement of Material Facts as to Which There Is No Genuine Issue. This statement is submitted in support of Plaintiff's Opposition to Defendants' Motion to Dismiss, in part, and for Summary Judgment. It is also submitted in support of Plaintiff's Cross-Motion for Summary Judgment.

   On May 15, 2006, Plaintiff filed a Statement of Material Facts as to Which There Is No Genuine Issue as an attachment to its Cross-Motion for Summary Judgment. Defendants' filed their opposition to Plaintiff's Cross-Motion on June 22, 2006, attaching a document, a DD Form 398, Statement of Personal History, that Plaintiff had identified as missing from the Administrative Record. Because this was the first time that the undersigned

had seen this document, and because this document illuminated the significance of a separate document, the so-called "alternate version" of a DD Form 214, Report of Discharge, that the undersigned had not seen until the Administrative Record was filed in response to this lawsuit, it is necessary to clarify and supplement Plaintiff's May 15, 2006, Statement of Genuine Facts as to Which There is no Genuine Dispute.

Accordingly, with the Court's permission, Plaintiff supplements his May 15, 2006, Statement of Facts as to Which There is No Genuine Issue by replacing paragraphs 30 and 31 with the following:

> 30. Although Mr. Roberts requested copies of his military records from the National Personnel Records Center ("NPRC") on February 13, 2004, (AR 36, 37), on April 9, 2004 (AR 38), and on May 6, 2004 (AR 39), the so-called alternate version of Mr. Roberts' 1969 discharge that is described in the Board's September 6, 2001, decision (AR 188) was not produced for Mr. Roberts until the Administrative Record was filed in this litigation.  This alternate version of Mr. Roberts' 1969 discharge contains a different entry under the "Reason and Authority" heading.  The "Reason and Authority" entry on the UCOTH discharge was "AR 635-212 SPN 28B" (AR 49) while the alternate DD Form 214 indicates "AR 639-200, section VII Chapter V" (AR 188).  Also, the selective service number that appears on the alternate DD Form 214 (AR 188) is the same as that on Mr. Roberts' 1971 discharge (AR 187), but different from the number of the UCOTH Discharge (AR 49).   Mr. Roberts has stated that he described his prior service to his Army recruiter. AR 213.

- 3 -

31. The September 6, 2001, Memorandum of Consideration relied upon a DD Form 398, Statement of Personal History, that Mr. Roberts signed in connection with his second enlistment. That document, which is not in the Administrative Record, but which Defendants appended to their Reply Brief, contains two distinct types of handwriting. One type of handwriting appears in sections 1 through 8, 11 through 13, 15 and 16, 18, and parts of sections 10 and 14, and appears to be identical with that of the Army Recruiter, Staff Sergeant Ramon J. Martino, who wrote and signed the Application for Verification of Birth Certificate (AR 209) and the Police Records Check (AR 205) in connection with Mr. Roberts' second enlistment.

        Respectfully submitted,

        /S/

        Michael W. Dolan, Esq.
            D.C. Bar No. 3384
        2021 L Street, N.W.
        Suite 204
        Washington, D.C. 20036
        202/293-2776
        *Attorney for Plaintiff*