# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THOMAS ROBERTS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case Number: 05-02430 (ESH)** |
| | ) | |
| | ) | |
| **SECRETARY OF THE ARMY,** | ) | |
| **et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ERRATA

COMES NOW Defendant, through undersigned counsel, to respectfully notify Plaintiff and the Court that defendants mistakenly filed the wrong document when filing its Supplemental Counter-statement of Facts.  The attached document should have been filed.  This mistaken was caused by the similar names of the files.   Defendant apologizes for any inconveniences.


Respectfully submitted,


_____/s/_____
KENNETH L.  WAINSTEIN, D.C.  Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C.  20530
(202) 353-9895