IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number: 05-02430 (ESH) |
| ) | |
| ) | |
| **SECRETARY OF THE ARMY,** ) | |
| et al, ) | |
| **Defendant.** ) | |
| _____) | |

**DEFENDANT'S SUPPLEMENTAL COUNTER-STATEMENT OF FACTS**

In accordance with Local Civil Rule 56.1 of the United States District Court for the District of Columbia, Defendant hereby respectfully submits its counter-statement of facts which are not in genuine dispute in response to Plaintiff's supplemental statement of material facts filed with his Reply.

30. Although Mr. Roberts requested copies of his military records from the National Personnel Records Center ("NPRC") on February 13, 2004, (AR 36, 37), on April 9, 2004 (AR 38), and on May 6, 2004 (AR 39), the so-called alternate version of Mr. Roberts' 1969 discharge that is described in the Board's September 6, 2001, decision (AR 188) was not produced for Mr. Roberts until the Administrative Record was filed in this litigation. This alternate version of Mr. Roberts' 1969 discharge contains a different entry under the "Reason and Authority" heading. The "Reason and Authority" entry on the UCOTH discharge was "AR 635-212 SPN 28B" (AR 49) while the alternate DD Form 214 indicates "AR 639-200, section VII Chapter V" (AR 188). Also, the selective service number that appears on the alternate DD Form 214 (AR 188) is the

same as that on Mr. Roberts' 1971 discharge (AR 187), but different from the number of the UCOTH Discharge (AR 49). Mr. Roberts has stated that he described his prior service to his Army recruiter. AR 213.

Response:  Agree that Mr. Roberts requested, through counsel, his military records on February 13, 2004, on April 9, 2004, and on May 6, 2004, the alternate version of Mr. Roberts' 1969 discharge that is described in the Board's September 6, 2001, decision and that the document was provided in the Administrative Record filed in this litigation.   When Plaintiff received the document, and the differences between the two documents are not material facts as the Board's only finding with regard the two versions of the DD 214 was that the one Plaintiff refers to as the "alternate DD 214" was not accurate.

31. The September 6, 2001, Memorandum of Consideration relied upon a DD Form 398, Statement of Personal History, that Mr. Roberts signed in connection with his second enlistment. That document, which is not in the Administrative Record, but which Defendants appended to their Reply Brief, contains two distinct types of handwriting. One type of handwriting appears in sections 1 through 8, 11 through 13, 15 and 16, 18, and parts of sections 10 and 14, and appears to be identical with that of the Army Recruiter, Staff Sergeant Ramon J. Martino, who wrote and signed the Application for Verification of Birth Certificate (AR 209) and the Police Records Check (AR 205) in connection with Mr. Roberts' second enlistment.

Response: Agree that Mr. Roberts signed the DD form 398 in connection with his second enlistment.  Who filled out what portion of the document is not material to the ABCMR's determination.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

Of Counsel:
LT. COL. JOSEPH C. FETTERMAN
MAJOR CHRISTOPHER P. SOUCIE
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia 22203-1837
Attorneys for Defendant