UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS ROBERTS, </br></br> Plaintiff, </br></br> v. </br></br> FRANCIS J. HARVEY, </br>    Secretary of the Army, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-2430 (ESH) </br> ) </br> ) </br> ) </br> ) |

## ORDER

For the reasons stated in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment [9] is **GRANTED IN PART**; it is

**FURTHER ORDERED** that Defendants' Motion to Dismiss, in Part, and for Summary Judgment [6] is **DENIED**; and it is

**FURTHER ORDERED** that the above-captioned matter is remanded to the Army Board for Corrections of Military Records for further proceedings consistent with the Court's Memorandum Opinion.

                                                   s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

Dated: August 3, 2006