<u>*APPENDIX A*</u>

```
                                    Michael W. Dolan
                                    Attorney at Law
```

<u>Roberts v. Harvey</u>, CA No. 05-2430 (ESH)

| Date | Time | Nature of Service Rendered |
|---|---|---|
| Mar. 20, 2005 | n/c | Review of E-mail msg from Mrs. Roberts, re: ABCMR decision. |
| Mar. 22, 2005 | n/c | Calls into J.Smith & R.Schweigert, ABCMR. |
| Mar. 23, 2005 | .50 | Numerous unsuccessful attempts to speak with someone at ABCMR, telephone conference w/ C.Pullin, ABCBR file room; exchange of e-mails with Mrs. Roberts; review of faxed ABCMR decision; conference w/ J.Howell (n/c). |
| Mar. 24, 2005 | n/c | Reviewed letter to client. |
| Apr. 1, 2005 | .25 | Electronic search for decision (<u>Lipsman</u>) noted w/o title or cite in ABCMR decision. |
| Apr. 4, 2005 | 2.75 | Telephone conference w/ R.Schweigert, ABCMR; research cases, re: AR 15-185 (.50); research cases, re: statute of limitations for review of BCMR decisions in Court of Federal Claims and district court, began prep. of internal memo on same (2.25). |
| Apr. 5, 2005 | 1.75 | Case research, re: statute of limitations for monetary and APA claims, cont'd prep. of internal memo n same. |

| Date | Hours | Description |
|---|---|---|
| Apr. 6, 2005 | 1.50 | Researched more cases, re: statute of limitations on monetary and non-monetary claims (1.50); prepared draft letter to client (n/c). |
| Apr. 28, 2005 | n/c | Reviewed and edited J.Howell letter to client, re: appeal of ABCMR decision. |
| June 24, 2005 | 3.00 | Case research on jurisdiction, venue, proper defendant, and cont'd prep. of internal memo on same. |
| June 26, 2005 | .50 | Reviewed local rules; began prep. of draft complaint. |
| June 29, 2005 | 3.50 | Research on statute, procedures and cases re: *in forma pauperis* applications; telephone conference w/ Clerk's office on same. |
| June 30, 2005 | .50 | Completed research on *in forma pauperis* application. |
| July 1, 2005 | n/c | Conf. w/ J.Howell; edited draft of letter to client. |
| Aug. 8, 2005 | n/c | Reviewed letter from client. |
| Aug. 25, 2005 | n/c | Prepared insert re: litigation, for J.Howell letter to client. |
| Aug. 29, 2005 | n/c | Reviewed draft J.Howell letter to client and conference w/ same. |
| Oct. 21, 2005 | n/c | Conf. w/ J.Howell and review of correspondence from client. |
| Oct. 28, 2005 | .50 | Case research, re: jurisdiction, venue, proper pleading (.50); PACER review of complaints in similar cases (n/c). |
| Oct. 30, 2005 | 4.75 | Identified, read, catelogued and compiled searchable notes from numerous D.C. Circuit BCMR decisions, |

-

|  |  |  |
|---|---|---|
|  |  | review of same for APA causes of action. |
| Oct. 31, 2005 | 4.25 | Cont'd case research re: D.C. Circuit BCMR decisions, review of same for APA causes of action and compiling searchable notes on cases (4.25); cont'd PACER research for pleadings in similar cases (n/c). |
| Nov. 2, 2006 | 3.00 | Case research on standards of review of BCMR cases (.50); Cont'd draft of complaint, after reviewing APA and local rules (2.50). |
| Nov. 3, 2005 | 4.50 | Review of cases in annotation to 10 U.C.C. 1552 (2.00); review of cases on false monetary claim and Court of Federal Claims jurisdiction (1.00); review of cases on proper request for relief (1.00); added material to draft complaint (.50). |
| Nov. 4, 2005 | 2.75 | Case research, re: Tucker Acct vs. district court jurisdiction (n/c); review of file for factual part of complaint, adding material to draft complaint (2.75). |
| Nov. 6, 2005 | 2.25 | Reviewed file for factual material to be added to draft complaint (1.25); edited draft complaint (.75); collected documents to attach as exhibits to draft complaint (.25); reviewed local rules, re: attachments to complaint (n/c). |
| Nov. 8, 2005 | n/c | Cont'd and updated research, re: D.C. Circuit BCMR decisions. |
| Nov. 9, 2005 | n/c | Drafted letter to client for J.Howell, re: complaint. |
| Nov. 10, 2005 | n/c | Reviewed J.Howell letter to client. |
| Nov. 15, 2005 | .25 | Reviewed local rules, re: service, added edits to draft complaint. |

-

| Date | Hours | Description |
|---|---|---|
| Nov. 16, 2005 | 2.00 | Review of texts and cases, re: surviving motion to dismiss (1.00); labeled exhibits and redacted personal information (1.00); finalized internal memo, re: jurisdiction and statutes of limitations (n/c). |
| Nov. 17, 2005 | 3.00 | Prepared draft summons & civil cover sheet, researching rules on same (.50); added add'l defendants to complaint; reviewed file for more material for factual background part of complaint, adding add'l facts to complaint (2.50). |
| Nov. 18, 2005 | 1.75 | Reviewed file, adding more facts to complaint, re-editing same (1.75); prepared letter for J.Howell, re: NPRC records (n/c). |
| Nov. 23, 2005 | .25 | Redacted more personal identifying items and began creating pdf files of exhibits. |
| Nov. 25, 2005 | 1.00 | Converted remaining exhibits to pdf files; checked draft for more redactions. |
| Nov. 28, 2005 | n/c | Review correspondence from client. |
| Dec. 3, 2005 | n/c | Reviewed correspondence from client. |
| Dec. 5, 2005 | n/c | More re-edits to complaint, reviewed correspondence from client. |
| Dec. 6, 2005 | .25 | Cont'd re-editing complaint. |
| Dec. 12, 2005 | .25 | Cont'd re-editing complaint. |
| Dec. 14, 2005 | n/c | More edits to complaint and more redactions; completed conversion to pdf format. |
| Dec. 15, 2005 | n/c | Completed draft of proof of service and summons. |

-

| Date | | Description |
|---|---|---|
| Dec. 16, 2005 | n/c | Prepared 5 summons; checked local rules, telephone conference w/ clerk's office; created CD to accompany paper complaint. |
| Dec. 19, 2005 | n/c | Arranged for copying complaint & exhibits; prepared same for filing. |
| Dec. 20, 2005 | n/c | Filed complaint and summons. |
| Dec. 21, 2005 | n/c | Preparation of summons and complaint for service on 5 addressees (1.25); several telephone conferences w/ clerk's office, re: electronic filing to correct error in court's description of case (.50). |
| Jan. 9, 2006 | n/c | Downloaded an filed praecipe from K.Robitaille, created pleading file. |
| Jan. 10, 2006 | n/c | Reviewed and fled certified mail receipts from complaint and summons. |
| Jan. 18, 2006 | n/c | Checked Postal Service website for missing service of process receipts. |
| Jan. 20, 2006 | n/c | Filed Proof of Service; telephone conference w/ clerk's office; reviewed Rule 12(b)(6) motion requirements and time calculations for possible motion to dismiss. |
| Feb. 4, 2006 | n/c | Reviewed NPRC reply. |
| Feb. 21, 2006 | n/c | Exchanged voicemails w/ K.Robitaille, re: Gov't request for extension to file M/Dismiss. |
| Feb. 22, 2006 | n/c | Telephone conference w/ K.Robitaille, re: M/Dismiss; prep. of draft letter to client on status. |
| Feb. 24, 2006 | n/c | Reviewed Gov't Motion and Order for Enlargement of Time. |

-

| | | |
|---|---|---|
| Mar. 20, 2006 | 1.25 | Updated 10 U.S.C. 1552 annotation (.25); began setting up draft outline of opposition* to M/Dismiss and proposed order (1.00). |
| Mar. 21, 2006 | 3.50 | Began drafting fact/background portion of opposition brief (2.75); began categorizing and sorting cases and preparing quotes for use in opposition memo (.75). |
| Mar. 22, 2006 | 2.75 | Cont'd updating and categorizing cases (1.75); more research on cases, re: standards for Rule 12(b)(1)(6) motion (1.00). |
| Mar. 25, 2006 | 4.50 | Updated citations of old cases and research new BCMR cases for: (i) Rule 12(b)(1) and (b)(6) (1.25); (ii) statutes of limitations (1.25), (iii) new evidence v. admin record (1.25), and (iv) mechanisms for court's handling of cross-motions for summary judgment (.75). |
| Mar. 26, 2006 | 3.50 | Updated cases and researched new BCMR cases for: (i) district court jurisdiction (1.50), (ii) statutes of limitation issues (.75), and (iii) multiple BCMR filings (1.25). |
| Mar. 27, 2006 | n/c | Telephone conference w/ K.Robitaille, re: schedule for pleadings. |
| Mar. 28, 2006 | n/c | Reviewed Gov't consent M/Enlargement of Time & minute order granting motion. |
| Apr. 4, 2006 | 1.25 | Researched cases, re: duty to explain departure from agency rules. |
| Apr. 5, 2006 | 2.75 | Reviewed Gov't's M/Dismiss/Summary Judgment and telephone conference w/ |

---

* This and other references to the opposition memo refer to the Memorandum of Points and Authorities (1) in Opposition to Defendants' Motion to Dismiss, in Part, and far Summary Judgment and (2) in Support of Plaintiff's Cross-Motion for Summary Judgment.

-

|  |  |  |
|---|---|---|
|  |  | K Robitaille on same (1.00); reviewed fact portion of opposition memo and cross-checked with chronology and documents obtained from NPRC and VA (1.75). |
| Apr. 6, 2006 | 2.75 | Review of administrative record, telephone conference w/ K.Robitaille, re: missing and previously undisclosed documents. |
| Apr. 7, 2006 | 3.75 | Cont'd review of tabs A & B of administrative record, making copies of new documents and updating chronology, adding new facts to opposition memo. |
| Apr. 8, 2006 | 4.75 | Completed review of tab B of administrative record, adding new material to chronology and draft opposition memo (.75); reviewed tab C, adding new material to chronology and opposition memo (.75); completed initial review of admin record checking Gov't's statement of facts not in dispute, adding to chronology and opposition memo (1.50); began drafting statement of record and continued drafting of fact portion of memo (1.75) |
| Apr. 9, 2006 | 3.75 | Cont'd drafting fact section of memo, citing documents in administrative record and fact checking Df's M/Dismiss (3.25); research, re: AR 614-17 (.50). |
| Apr. 10, 2006 | 5.00 | More research re: standards for Rule 12(b)(1)&(6) M/Dismiss and prepared draft of that part of opposition memo (1.25); research re: mandamus cases and drafted response to that portion of Df's memo (3.75). |
| Apr. 11, 2006 | 4.50 | Research, relevant version of AR 614-17 and telephone conference w/ Army Mgt Spt Office, re: AR's (1.25); |

-

|              |      |                                                                                                                                                                                                                                                                |
|--------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|              |      | research and prep of draft of statute of limitations portion of opposition memo (1.75); research and prep of draft of justiciability portion of opposition memo (1.50).                                                                                        |
| Apr. 12, 2006 | 3.75 | Prepared Consent Motion and proposed Order for Enlargement of Time; telephone conf. w/ clerk's office on same (n/c); more research re: justiciability and redraft of that portion of opposition memo (3.75).                                                   |
| Apr. 13, 2006 | 3.75 | More research and updated citations, re: justiciability and statute of limitations, adding more material to those portions of opposition memo.                                                                                                                 |
| Apr. 14, 2006 | 5.25 | More research and additions to opposition memo, re: justiciability (1.50); more research and additions to opposition memo re: standards for M/Summary Judgment (1.25); research and additions to opposition memo re: APA standard of review (2.50).             |
| Apr. 15, 2006 | 4.25 | Searched record and added new material to chronology and fact section of opposition memo (.75); review of record and began prep of portion of opposition memo addressing 9/01 BCMR decision (2.75); began prep of portion of opposition memo addressing 5/02 Board decision (.75). |
| Apr. 16, 2006 | 4.50 | Research, re: AR 15-185 w/ amendments and relevant DoD directives adding material thereon to opposition memo (1.75); research, re: NABVETS litigation, adding Lipsman material to opposition memo (1.75); review of record adding material on 2003 Board decision to opposition memo (1.00). |
| Apr. 17, 2006 | 4.75 | Reviewed record, adding material on differing data on multiple DD-214s (1.75); completed portion of                                                                                                                                                           |

-

|  |  |  |
|---|---|---|
| | | opposition memo addressing defects in latest Board decision (1.00); completed draft of argument describing effective date of amendments to AR 15-185 (2.00). |
| Apr. 18, 2006 | 4.50 | Research, re: agency change of position, adding material on same to draft opposition memo (1.25); reviewed and updated citations on add'l BCMR decisions (1.50); more research edited draft, adding material, re: waiver and active duty vs. civilian plaintiffs (1.75). |
| Apr. 19, 2006 | 3.75 | Drafted letter for client (n/c); prepared and edited table of contents for draft opposition memo (n/c); initial edits of parts I, II,& IVA, checking cases and adding new quotes (3.75). |
| Apr. 20, 2006 | 1.75 | Research re: Payne litigation and its possible effect on case (.50); began edition part IVB of opposition memo (1.25). |
| Apr. 21, 2006 | 3.00 | Research Chevron and statute of limitations issues and appropriate additions to opposition memo, reviewed ADRB directives on same (3.00). |
| Apr. 22, 2006 | 2.75 | Heavy edits of part IVB adding new quotes, more research Chevron cases. |
| Apr. 24, 2006 | 2.75 | Research, re: retention of jurisdiction after remand, adding material on same to conclusion of opposition memo. |
| Apr. 25, 2006 | 3.00 | Finalized table of contents, drafted table of authorities and glossary (n/c); began prep of statement of material facts not in dispute, checking record references therein (3.00). |

-

```
Apr. 26, 2006   1.50   Reviewed record, adding new material
                       to statement of facts.

Apr. 27, 2006   3.00   Completed initial draft of statement
                       of material facts not in dispute
                       (1.25); added new material to Part
                       IVB(3) addressing 2001 Board decision
                       (1.75).

Apr. 28, 2006   3.25   Reviewed record, re: bar to re-
                       enlistment, adding material to
                       opposition memorandum (2.75); added
                       more material to part a & b of part
                       IV(b)(3)(.50).

May  1, 2006    .75    Added more material to Statement of
                       Facts not in Dispute.

May  2, 2006   3.50    Complete edit of first draft on
                       opposition memo, adding material to
                       all arguments.

May  3, 2006   n/c     Updated Table of Authorities for
                       opposition memo.

May  4, 2006   n/c     Conference w/ J.Howell, re: draft
                       opposition memo.

May  5, 2006    .25    Reviewed Arbaugh case.

May  7, 2006   3.00    Research Arbaugh line of cases and
                       added material thereon to opposition
                       memo (3.00); began second edit of
                       opposition memo making changes and
                       double-checking facts w/ record
                       (1.00).

May  8, 2006   1.75    Cont'd editing and fact checking
                       draft, adding material.

May  9, 2006   4.00    Completed draft of cross-motion for
                       summary judgment and proposed order
                       (.75); edited statement of material
                       facts as to which no issue (1.25);
                       completed intermediate edit of
                       opposition memo, fact-checking from
```

-

|  |  |  |
|---|---|---|
|  |  | record (2.00); updated table of contents and table of authorities (n/c). |
| May 10, 2006 | 3.50 | Edited proposed order and cross-motion (.25); cite and quote check of opposition memo with new material added (2.50); drafted affidavit for J.Howell (exhibit B)(.50); organized exhibits (.25). |
| May 11, 2006 | 1.00 | Final edit of opposition memo and J.Howell declaration (1.00); conf. with J.Howell on same(n/c). |
| May 12, 2006 | .75 | Completed table of contents & table of authorities (n/c); final-final edit (.75); organized exhibits and converted opposition memo, exhibits, proposed order, motion, and statement of material facts to pdf files (n/c). |
| May 14, 2006 | n/c | Review of facts as stated in BCMR submission. |
| May 15, 2006 | 4.00 | Amended opposition memo and statement of material facts (.25); re-paginated table of contents and table of authorities, converting same to pdf files (n/c); ECF filing of 9 separate documents (motion, 40-page opposition memo, statement of facts, proposed order, and 5 exhibits)(n/c). |
| May 16, 2006 | n/c | Telephone conf. w/ S.Helle, chambers of J.Huvelle requesting copies of opposition memo; copied and bound 2 copies for chambers, copy sent to client. |
| May 23, 2006 | n/c | Exchanged voicemails w/ K.Robitaille, re: Gov't consent motion for enlargement of time; reviewed motion. |
| May 24, 2006 | n/c | Reviewed Court's scheduling order; telephone conf. w/ K.Robitaille on same. |

-

| Date | Hours | Description |
|---|---|---|
| May 25, 2006 | n/c | Reviewed letter from client. |
| June 23, 2006 | .50 | Reviewed Gov't Opposition Brief (.50); telephone conference w/ R.Rowan, Robitaille assistant, re: whether complete document filed (n/c). |
| June 24, 2006 | .75 | Began setting up reply brief; completed introduction and began portion of reply brief dealing w/ Gov't's assertion that Pl. relied on <u>Homer</u> decision. |
| June 27, 2006 | n/c | Telephone conf. w/ D.VanHorn; prepared and filed M/Enlargement of Time & Proposed Order. |
| July 5, 2006 | n/c | Reviewed letter from client. |
| July 10, 2006 | 1.75 | Reviewed attachment to Gov't brief; letter to client on same, enclosing copies of pleadings (n/c); began arguments in reply brief (1.75). |
| July 11, 2006 | 1.75 | Edited draft reply brief, adding material on missing DD Form 398, reviewing records to compare signature thereon w/ that of Army recruiter. |
| July 12, 2006 | 5.00 | Cont'd edit of reply brief, adding material on missing 398 and opposition to remand as remedy (1.75); review of record to address specific items listed in Gov't opposition (2.25); review of counterstatement of facts and comparison w/ record (1.00). |
| July 13, 2006 | 2.25 | Cont'd edit of reply brief; prepared supplemental statement of material facts. |
| July 14, 2006 | .75 | Final edit of reply brief and supplemental statement of facts; |

-

|              |       |                                                                                                                                                              |
|--------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|
|              |       | filed same (.75) and prepared letter to client enclosing copy (n/c).                                                                                          |
| July 25, 2006 | n/c   | Reviewed client and prepared draft response letter.                                                                                                           |
| July 26, 2006 | .25   | Reviewed Gov't reply to Supplement to counter statement of facts (.25); message left with K.Robitaille re: Gov't filed wrong document (n/c).                  |
| July 27, 2006 | .25   | Review of Df's Reply to Pl's Supplemental Statement of the Facts.                                                                                             |
| Aug. 3, 2006  | n/c   | Review of J.Huvelle opinion and order.                                                                                                                        |
| Aug. 4, 2006  | n/c   | Drafted letter to client enclosing opinion and order.                                                                                                         |

===============================================================

**Total Hours = 178.75 x $160.00 = $28,600.00**

**Expenses:**

| Dec. 19, 2005 | Copying of Complaint for service | $98.43 |
| Dec. 20, 2005 | Filing fee | $250.00 |
| May 16, 2006 | Copying and binding of 2 copies of Opposition Memo for court | $13.05 |
|              |                                  | ====== |
|              |                                  | $361.48 |

```
                                        $28,600.00
                                           $361.48
                                           =======
                                 Total   $28,961.48
```

-