IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS ROBERTS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2430 (ESH) |
| ) | |
| HON. FRANCIS J. HARVEY ) | |
| Secretary of the Army, et. al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND**

Plaintiff brings this case under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*. challenging his characterization of service in his discharge from the United States Army. On September 1, 2006, Plaintiff filed a Motion for Attorney's Fees. Defendant respectfully moves this Court for a ten (10) day enlargement of time through and including September 25, 2006, within which to respond. Good cause exists to grant this motion:

    1. Defendant's response is presently due September 15, 2006.

    2. Defendant needs additional time to address the arguments made by Plaintiff.

    3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    4. This is the first enlargement of time sought regarding this response.

    5. Plaintiff through counsel has consented to this enlargement.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HON. FRANCIS J. HARVEY** )<br>**Secretary of the Army, et. al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 05-2430<br>(ESH) |

### ORDER

Upon consideration of Defendants' Motion for an Enlargement of Time to Respond to Plaintiff's Motion for Attorney's fees, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including September 25, 2006 to respond to Plaintiff's Motion for Attorney's fees.

Dated this _____ day of _____, 2006.

_____
Ellen S. Huvelle
United States District Judge

Copies to:
Parties via ECF