## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                   )

**THOMAS ROBERTS,**               )
             **Plaintiff**         )
                                   )

**v.**                              )        **Civil Action No. 05-2430**
                              )            **(ESH)**
                                   )

**Hon. FRANCIS J. HARVEY,**   )
**Secretary of the Army, et al.**   )
     **Defendants**        )
_____)

### PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR ATTORNEYS FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

        Plaintiff brought this suit under the Administrative Procedure Act, 5 U.S.C. § 702, et seq., seeking judicial review of a certain decisions of the Army Board for the Correction of Military Records.  On August 3, 2006, the Court granted Plaintiff's Cross-Motion Cross-Motion for Summary Judgment, denied Defendants" Motion to Dismiss, in Part, and for Summary Judgment, and remanded the matter to the Army Board for Correction of Military Records for further proceedings consistent with the Court's Memorandum Opinion.

        On September 1, 2006, Plaintiff filed an Application for Attorneys Fees and Expenses Pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412).  On September 25, 2006, the Defendants filed an Opposition to Plaintiff's application.  For the following reasons, Plaintiff respectfully moves this Court for a twenty-one (21) day enlargement of

time through and including October 26, 2006, within which to file Plaintiff's Reply to Defendants' Opposition to Plaintiff's Application for Attorneys Fees and Expenses.

1.  Plaintiff's Reply to Defendants' Opposition to Plaintiff's Application for Attorneys fees and expenses is presently due October 5, 2006.

2.  Plaintiff needs additional time to address the arguments in Defendants' Opposition to Plaintiff's Application for Attorneys Fees and Expenses.

3.  Granting this enlargement of time will not require the rescheduling of any court-related matters such as pre-trial or trial dates.

4.  This is the first enlargement of time that Plaintiff has sought regarding this reply to Defendant's Opposition.

5.  Defendants were granted a ten-day enlargement of time within which to file their Opposition to Plaintiff's application.

6.  Defendants, through counsel, have consented to this enlargement of time.

For these reasons, Plaintiff requests that the Court grant this Motion for Enlargement of Time Within Which to File Plaintiff's Reply to Defendants' Opposition to Plaintiff's Application for Attorneys Fees and Expenses Pursuant to the Equal Access to Justice Act.  A proposed Order is included with this Motion.

Respectfully Submitted,

/S/

October 3, 2006                    _____

Michael W. Dolan, Esq.
    D.C. Bar No. 3384
2021 L Street, N.W.
Suite 204
Washington, D.C.  20036
202/293-2776
*Counsel for Plaintiff*