UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS ROBERTS,<br>           Plaintiff<br><br>v.<br><br>Hon. FRANCIS J. HARVEY,<br>Secretary of the Army, et al.<br>           Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 05-2430<br>)        (ESH)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Plaintiff's Consent Motion for Enlargement of Time Within Which to File Plaintiff's Reply to Defendants' Opposition to Plaintiff's Application for Attorneys Fees and Expenses Pursuant to the Equal Access to Justice Act. Upon consideration of same, and it otherwise appear proper, it is hereby

ORDERED that Plaintiff's Motion for Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Plaintiff shall have up to and including October 26, 2006 to reply to Defendants' Opposition to Plaintiffs Application for Attorneys Fees and Expenses.

Dated: _____                    _____
                                                             Ellen S. Huvelle
                                                             United States District Judge

Copies to:
Parties via ECF