UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS ROBERTS,<br>            Plaintiff<br><br>v.<br><br>Hon. FRANCIS J. HARVEY,<br>Secretary of the Army, <u>et al.</u>,<br><br>            Defendants | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-2430 (ESH)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Thomas Roberts, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of the District Court, entered in this action on the 4th day of January, 2007.

Respectfully Submitted,

March 1, 2007

/S/
Michael W. Dolan, Esq.
    D.C. Bar # 3384
2021 L Street, N.W.,  Suite 204
Washington, D.C.  20036
Tel:  202/293-2776

*Attorney for Plaintiff Thomas Roberts*