UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS ROBERTS,<br>        Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| Hon. FRANCIS J. HARVEY,<br>Secretary of the Army, et al.,<br>        Defendants | ) Civil Action No. 05-2430<br>)        (ESH)<br>)<br>) |

PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 15 and L.Cv.R. 15.1, Plaintiff hereby moves for leave to file an amended complaint. In support of this motion, Plaintiff respectfully submits the attached memorandum of points and authorities, an amended complaint, and a proposed order.

Respectfully Submitted,

/S/
_____
Michael W. Dolan, Esq.
        D.C. Bar No. 3384
2021 L Street, N.W.
Suite 204
Washington, D.C.  20036
202/293-2776
*Counsel for Plaintiff*