UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
THOMAS ROBERTS,                     )
            Plaintiff               )
                                    )
v.                                  ) Civil Action No. 05-2430
                                    )            (ESH)
Hon. FRANCIS J. HARVEY,             )
  Secretary of the Army, et al.,    )
            Defendants              )
_____ )

ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint and the proposed Amended Complaint. Upon consideration of same, and it otherwise appearing proper, it is hereby:

ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is GRANTED, and it is further

ORDERED that, pursuant to LCvR 15.1, the amended complaint attached to Plaintiff's motion shall be deemed to be filed and served on the date of this order.

Dated: _____          _____
                                  Ellen S. Huvelle
                                  United States District Judge

Copies to:
Parties via ECF