IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS ROBERTS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 05-02430 (ESH) |
| ) | |
| ) | |
| SECRETARY OF THE ARMY, ) | |
| et al, ) | |
| Defendant. ) | |
| _____) | |

**JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

In December 2005, plaintiff filed the instant civil action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*. and the military record correction statute, 10 U.S.C. §1552, challenging a decision of the Army Board For Correction of Military Records.  In August 2006, this Court granted, in part, plaintiff's motion for summary judgment, denied defendant's motion for summary judgment and remanded the case to the Secretary of the Army for proceedings consistent with the Court's memorandum opinion.  The Court's order did not specifically indicate, however, whether it retained jurisdiction over the case during remand to the Army and the civil docket indicated that the case was administratively closed.[1]  The Army, through the Army Board for the Correction of Military Records ("ABCMR"), subsequently denied plaintiff's remanded claim.

---

[1] Plaintiff filed a petition for attorney's fees pursuant to the Equal Access to Justice Act in September 2006.  The Court subsequently denied the petition and it is the subject of a current appeal before the D.C. Circuit (No. 07-5072).

In May 2007, plaintiff moved to amend his complaint to incorporate the ABCMR's denial on remand.  Defendant does not oppose plaintiff's motion to amend his complaint.[2]  The parties have conferred and believe that the Court can decide the merits of this case based on cross-motions for summary judgment.  The parties propose the following briefing schedule:

1. Defendant's Motion to Dismiss and/or for Summary Judgment and submission of Administrative Record due 60 days from the issuance of the Court's Scheduling Order;

2. Plaintiff's combined Cross Motion for Summary Judgment and Opposition to defendant's Motion to Dismiss and/or for Summary Judgment due 45 days thereafter;

3. Defendant's combined Opposition to plaintiff's Cross Motion for Summary Judgment and Reply to plaintiff's Opposition due 30 days thereafter; and

4. Plaintiff's Reply to Defendant's Opposition due 30 days thereafter.

5. Further, defendant's obligation to file an answer should be stayed until resolution of the parties' cross-motions.

A proposed Order consistent with this Motion is attached.

                        Respectfully submitted,

_/s_____          _/s_____
MICHAEL W. DOLAN, Esq. #3384          JEFFREY A. TAYLOR, D.C. Bar # 498610
2021 L. Street, N.W., Suite 204                    United States Attorney
Washington, D.C.  20036
(202) 293-2776
Counsel for Plaintiff                                     _/s_____
                                                  RUDOLPH CONTRERAS D.C. Bar # 434122
                                                  Assistant United States Attorney

---

[2] Although defendant does not oppose plaintiff's motion to amend, defendant reserves the right to raise any and all defenses thereto.

        /s_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895
Counsel for Defendant