### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS** )<br>)<br>  **Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**SECRETARY OF THE ARMY,** )<br>  **et al,** )<br>  **Defendant.** )<br>_____) | Case Number: 05-02430 (ESH) |

### ORDER

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion to Dismiss and/or for Summary Judgment and submission of Administrative Record is due 60 days from the issuance of this Order;

**ORDERED** that Plaintiff's combined Cross Motion for Summary Judgment and Opposition to defendant's Motion to Dismiss and/or for Summary Judgment is due 45 days thereafter;

**ORDERED** that Defendant's combined Opposition to plaintiff's Cross Motion for Summary Judgment and Reply to plaintiff's Opposition is due 30 days thereafter;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due 30 days thereafter; and

**ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions.

Dated this _____ day of _____, 2007.

                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Copies to:
Counsel for Parties via ECFUUPP