# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT



**No. 07-5072**                                **September Term, 2006**

05cv02430

**Filed On:**

Thomas Roberts, *a/k/a* Tommie Roberts,   FILED
              Appellant

                                          AUG 1 0 2007

        v.                                NANCY MAYER WHITTINGTON, CLERK
                                          U.S. DISTRICT COURT

Pete Geren, Acting Secretary of the Army, et al.,
              Appellees

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED | AUG − 8 2007
>
> CLERK

**BEFORE:**    Sentelle, Rogers, and Brown, Circuit Judges

## O R D E R

  Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

  **ORDERED** that the motion be denied.  The merits of the parties' positions are not so clear as to warrant summary action.  See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).  It is

  **FURTHER ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.  The parties are directed to file motions to govern future proceedings within 30 days of the district court's resolution of Roberts v. Geren, No. 05-cv-2430.  The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**