IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS ROBERTS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2430 (ESH) |
| ) | |
| **HON. PETE GEREN** ) | |
| **Acting Secretary of the Army, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss in Part, and for Summary Judgment. Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of _____, 20___ hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

SO ORDERED.

                                                                    _____
                                                                    ELLEN SEGAL HUVELLE
                                                                    United States District Judge

Copies to:
Parties via ECF