UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS ROBERTS,           )
        Plaintiff          )
                          )
v.                        )
                          )
Hon. PETE GEREN,          )    Civil Action No. 05-2430
Secretary of the Army, et al., )        (ESH)
                          )
        Defendants         )

PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

      Pursuant to Fed.R.Civ.P. 56, L.Civ.R. 56.1 and L.Cv.R. 7(h), Plaintiff hereby moves for summary judgment because there is no genuine issue as to any material fact and Plaintiff is entitled to judgment as a matter law. In support of this motion, Plaintiff respectfully submits the attached memorandum of points and authorities, a statement of material facts as to which there is no genuine issue, Plaintiff's counter-statement of material facts, and a proposed order.

      Respectfully Submitted,

      /S/
      _____
      Michael W. Dolan, Esq.
         D.C. Bar No. 3384
      2021 L Street, N.W.
      Suite 204
      Washington, D.C. 20036
      202/293-2776
      *Counsel for Plaintiff*