UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
THOMAS ROBERTS,                             )
                        Plaintiff           )
                                            )
v.                                          )        Civil Action No. 05-2430
                                            )                (ESH)
Hon. PETE GEREN,                            )
  Secretary of the Army, et al.,            )
                        Defendants          )
_____)


<u>ORDER</u>

Before the Court is Defendants' Motion to Dismiss in Part, and for Summary

Judgment and Plaintiff's Cross-Motion for Summary Judgment. Upon consideration of

same, and it otherwise appearing proper, it is hereby:

ORDERED that Defendants' Motion to Dismiss in Part, and for Summary

Judgment is DENIED, and it is further

ORDERED that Plaintiff's Cross-Motion for Summary Judgment is Granted,

and it is further

ORDERED that Judgment is Entered for the Plaintiff and this case is

remanded to the Secretary of the Army with instructions to re-characterize Plaintiff's 1969

discharge as either Honorable or General.


Dated: _____              _____
                                        Ellen S. Huvelle
                                        United States District Judge


Copies to:
Parties via ECF