UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS ROBERTS,<br>　　　　　Plaintiff<br><br>v.<br><br>Hon. PETE GEREN,<br>　Secretary of the Army, et al.,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)　　Civil Action No. 05-2430<br>)　　　　　(ESH)<br>)<br>)<br>)<br>) |

ORDER

Before the Court is Defendants' Motion to Dismiss in Part, and for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment.  Upon consideration of same, and it otherwise appearing proper, it is hereby:

　ORDERED that Defendants' Motion to Dismiss in Part, and for Summary Judgment is DENIED, and it is further

　ORDERED that Plaintiff's Cross-Motion for Summary Judgment is Granted, and it is further

　ORDERED that Judgment is Entered for the Plaintiff and this case is remanded to the Secretary of the Army with instructions to re-characterize Plaintiff's 1969 discharge as either Honorable or General.


Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ellen S. Huvelle
　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:
Parties via ECF