UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS ROBERTS,<br>　　　　Plaintiff<br><br>v.<br><br>Hon. PETE GEREN,<br>Acting Secretary of the Army, <u>et al</u>.<br><br>　　　　Defendants | Civil Action No. 05-2430 (ESH) |

## **PRAECIPE**

　　　WILL THE CLERK OF COURT please note that Counsel for Thomas Roberts has temporarily relocated his office to the following new address.  Telephone, fax and e-mail contacts are unchanged.

Michael W. Dolan, Esq.
Attorney at Law
3133 Connecticut Ave., N.W.
Suite 819
Washington, D.C.  20008.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/S/

Dated:  October 29, 2007　　　　　　　　_____
at Washington, D.C.　　　　　　　　　　Michael W. Dolan, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　3133 Connecticut Ave., N.W.
　　　　　　　　　　　　　　　　　　　　Suite 819
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20008
　　　　　　　　　　　　　　　　　　　　Tel:  202/293-2776

　　　　　　　　　　　　　　　　　　　　*Attorney for Thomas Roberts*