UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS ROBERTS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2430 (ESH) |
| PETE GEREN, Secretary of the Army, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, defendants' Motion for Summary Judgment [Dkt. # 34] is granted, plaintiff's Cross Motion for Summary Judgment [Dkt. # 35] is denied, and the case is dismissed with prejudice.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   December 27, 2007