# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5072**                                      **September Term, 2007**

05cv02430

Filed On:

Thomas Roberts, *a/k/a* Tommie Roberts,
    Appellant

v.

Pete Geren, Acting Secretary of the Army, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 1 3 2008

CLERK

**O R D E R**

Upon consideration of appellant's consent motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: 

Mark Butler
Deputy Clerk